**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Accertify, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 39599 | 12/1/2022 | $12,166.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 39200 | 11/1/2022 | $12,166.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113545 | $36,499.98 | 4/12/2023 | 38770 | 10/3/2022 | $12,166.66 |

Totals:    1 transfer(s),    $36,499.98